

# HILL RIVKINS LLP
45 Broadway, Suite 2110, New York, NY 10006-3776
Tel: 212 669-0600    Fax: 212 669-0698
e-mail: thefirm@hillrivkins.com
Website: www.hillrivkins.com

CHARLES M. HENDERSON, III
212.669.0600
chenderson@hillrivkins.com

October 18, 2022

**By ECF**

The Honorable Denise Cote
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   **Request for Adjournment of Pretrial Conference**
      *Pena v. Cajun Express, Inc. and Vista Yacht Cruises, Inc.*
      SDNY Civil Action No. 22-cv-1125-DLC
      Our Ref: 35240
      ---------------------------------------------------------------

Dear Judge Cote:

    We represent Defendant Vista Yacht Cruises, Inc. ("Vista") in the above-referenced action and write to respectfully request that the Pretrial Conference presently scheduled for October 28, 2022 be adjourned to a date of the Court's convenience in December.

    We request such an adjournment because, to our knowledge, Plaintiff has not yet served Defendant Cajun Express, Inc. ("Cajun") with his First Amended Complaint (Dkt. #15). In fact, it appears that Plaintiff has not yet requested that the Clerk issue an amended summons via ECF. We respectfully submit that, as matter of efficiency and fairness to Vista's co-defendant, the negotiation of a proposed discovery order (which was already done once prior to Plaintiff filing his First Amended Complaint to join Cajun as a party) and the submission of a Rule 26(f) report should be done after service has been effected to provide Cajun with an opportunity to appear and participate.

NEW JERSEY
The Bentley Building | 98 Craig Road
Manalapan, NJ 07726
Tel: 732 838-0300  Fax: 732 316-2365

TEXAS
1000 N. Post Oak Rd., Suite 220
Houston, Texas 77055
Tel: 713 222-1515  Fax: 713 222-1359

We have conferred with Plaintiff's counsel and they consent to the adjournment of the conference. VISTA is presently available to appear on any succeeding Friday in December.

We thank the Court for its consideration of the foregoing and stand ready to answer any questions that the Court may have with respect to Vista's adjournment request.

Respectfully submitted,

HILL RIVKINS LLP

*Charles M. Henderson, III*

Charles M. Henderson, III

Cc: All counsel of record (via ECF)

> The plaintiff shall show cause by Friday, Oct. 28, why the claims against Cajun should not be dismissed for failure to timely serve Cajun.
>
> The October 28 conference is adjourned to December 2 at 3:30 pm.
>
> Denise Cote
> 10/19/22