```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 01/31/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LEONEL B. PENA,

                              Plaintiff,

              -against-

CAJUN EXPRESS INC and VISTA YACHT
CRUISES INC.,

                              Defendants.
------------------------------------------------------------X

**ORDER SCHEDULING TELEPHONE CONFERENCE**

**22-CV-1125 (DLC)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

     This case has been referred to me for settlement purposes (docket no. 28).  A telephone conference will be held on **Thursday, February 16, 2023 at 12:00 p.m.** in advance of a settlement conference.  The parties are directed to review Judge Parker's Individual Practices at http://nysd.uscourts.gov/judge/Parker concerning settlement conferences in advance of the call.  Counsel for the parties are directed to call Judge Parker's Chambers court conference line at the scheduled time.  **Please dial (866) 434-5269, Access code: 4858267.**

     SO ORDERED.

Dated: January 31, 2023
     New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge