```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :    22cv1125 (DLC)
LEONEL B. PENA,                           :
                                          :         ORDER
                       Plaintiff,         :
           -v-                            :
                                          :
CAJUN EXPRESS INC. and VISTA YACHT        :
CRUISES INC.,                             :
                                          :
                       Defendants.        :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

The plaintiff in this case was ordered to move for entry of default against defendant Cajun Express Inc. by February 10, 2023. On February 7, the plaintiff filed a proposed clerk's certificate of default, but it was rejected by the Clerk's Office because it failed to satisfy the Clerk's Office's requirements for such filings. That same day, the plaintiff filed two additional proposed certificates of default. These proposed certificates were also rejected by the Clerk's Office for failing to satisfy the Clerk's Office's requirements.

On February 13, Chambers notified the plaintiff via telephone of the deficient filings, advised him to consult this Court's Individual Practices in Civil Cases regarding the procedure for seeking a default judgment, and instructed him to submit a letter on the docket if he had any questions for the

Court about the procedure. That same day, the plaintiff filed a document designated as a "letter" on the docket. The document appears to be a copy of this Court's default judgment procedure. To date, the plaintiff has not refiled a proposed certificate of default that conforms to the requirements of the Clerk's Office. It is hereby

ORDERED that the plaintiff shall, by February 21, 2023, refile a proposed certificate of default (and supporting documentation) that conforms to the Clerk's Office's requirements. The plaintiff is instructed to consult with the Clerk's Office regarding any questions about how to file the proposed certificate of default correctly.

IT IS FURTHER ORDERED that, after the plaintiff receives a certificate of default from the Clerk's Office, any motion for default judgment shall be due March 24, 2023.

Dated:  New York, New York
        February 16, 2023

                                    _____
                                            DENISE COTE
                                    United States District Judge

2