```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
LEONEL B. PENA,                      :
                                     :
                    Plaintiff,       :
         -v-                         :      22cv1125 (DLC)
                                     :
CAJUN EXPRESS INC. and VISTA YACHT   :           ORDER
CURISES, INC.,                       :
                                     :
                    Defendants.      :
                                     :
-------------------------------------X
```

DENISE COTE, District Judge:

The plaintiff having requested a default judgment against defendant Cajun Express Inc. on March 22, 2023, it is hereby

ORDERED that the plaintiff shall serve this Order and the underlying papers on defendant Cajun Express Inc. on or before **March 31, 2023** by certified overnight mail and shall file proof of such service on ECF.

IT IS FURTHER ORDERED that a default judgment hearing will be held on **April 14, 2023** at **3:00 p.m.** in Courtroom 18B, 500 Pearl Street, New York, New York 10007. Failure of defendant Cajun Express Inc. to appear will result in entry of a default or a default judgment.

Dated:   New York, New York
         March 23, 2023

                                    _____
                                            DENISE COTE
                                    United States District Judge