

# HILL RIVKINS LLP
45 Broadway, Suite 2110, New York, NY 10006-3776
Tel: 212 669-0600   Fax: 212 669-0698
e-mail: thefirm@hillrivkins.com
Website: www.hillrivkins.com

CHARLES M. HENDERSON, III
212.669.0600
chenderson@hillrivkins.com

April 5, 2023

**Via CM/ECF System**

The Honorable Denise L. Cote
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

      Re:    **Plaintiff's Motion for Default Judgment**
               *Pena v. Cajun Express, Inc. and Vista Yacht Cruises, Inc.*
               SDNY Civil Action No. 22-cv-1125-DLC
               Our Ref: 35240

Dear Judge Cote:

      We represent Defendant Vista Yacht Cruises, Inc. ("Vista") in the above-referenced action. We write in regard to Plaintiff's Motion for Default Judgment against Defendant Cajun Express, Inc. ("Cajun") (Dkt. 45), which is presently scheduled for a hearing before Your Honor on April 14, 2023 at 3:00 p.m. (Dkt. 46).

      Cajun recently tendered its defense of this action to Vista in response to Plaintiff's motion. As a result, this firm has been instructed to assume Cajun's defense by Vista's insurers. Accordingly, we will be filing Notices of Appearance on behalf of Cajun in short order.

      In light of this development, we contacted opposing counsel on March 29, 2023 to determine whether Plaintiff would agree to set aside the default against Cajun (Dkt. 42) and to withdraw his motion for a default judgment (Dkt 45). Opposing counsel confirmed that Plaintiff is agreeable to both.

NEW JERSEY
The Bentley Building | 98 Craig Road
Manalapan, NJ 07726
Tel: 732 838-0300  Fax: 732 316-2365

TEXAS
1000 N. Post Oak Rd., Suite 220
Houston, Texas 77055
Tel: 713 222-1515  Fax: 713 222-1359

Hon. Denis L. Cote
April 5, 2023
Page Two

Accordingly, we respectfully request:

(1) that the Clerk's Certificate of Default (Dkt. 42) be set aside;

(2) that Plaintiff's Motion for Default Judgment (Dkt. 45) be deemed withdrawn and/or denied without prejudice;

(3) that the motion hearing scheduled for April 14, 2023 be adjourned; and

(4) that Cajun be given until to April 28, 2023 to file its Answer to Plaintiff's Amended Complaint.

We thank the Court for its consideration of the foregoing requests and stand ready to answer any questions that the Court may have with respect to this matter.

Respectfully submitted,

HILL RIVKINS LLP

*Charles M. Henderson, III*

Charles M. Henderson, III

Cc: All counsel of record (via ECF)

*Granted. The pretrial order remains due on 9/22/23.*

*[Signature]*
*4/5/23*

