```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
LEONEL B. PENA,                          :
                                         :
                        Plaintiff,       :    22cv1125 (DLC)
            -v-                          :
                                         :         ORDER
CAJUN EXPRESS INC. and VISTA YACHT       :
CURISES, INC.,                           :
                                         :
                        Defendants.      :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

 In letters of July 6, 7, and 10, the parties in this action make various discovery requests.  Having reviewed the parties' submissions, it is hereby

 ORDERED that the defendants may serve, by August 25, 2023, Rule 26(a)(2)(B) disclosures for their intended hand expert, Dr. Richard S. Gilbert.

 IT IS FURTHER ORDERED that the plaintiff shall sit for a medical examination on July 28, July 31, or any subsequent date on which Dr. Gilbert is available before August 11, 2023.

 IT IS FURTHER ORDERED that a telephone conference shall be held in this case on July 20, 2023 at 12:00 p.m.  All other disputes raised in the parties' July 6, 7, and 10 letters will be addressed at the conference.  The parties shall use the following dial-in credentials for the conference:

```
          Dial-in:       888-363-4749
          Access code:   4324948
```

The parties shall use a landline if one is available.

IT IS FURTHER ORDERED that, pursuant to this Court's Individual Practices in Civil Cases, letters submitted to the Court shall not exceed two (2) pages in length.

Dated:    New York, New York
          July 12, 2023

                                          _____
                                          DENISE COTE
                                          United States District Judge