```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
LEONEL B. PENA,                         :
                                        :
                         Plaintiff,     :    22cv1125 (DLC)
              -v-                       :
                                        :         ORDER
CAJUN EXPRESS INC. and VISTA YACHT      :
CURISES, INC.,                          :
                                        :
                         Defendants.    :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

On July 14, the defendants filed a letter indicating their intent to move for partial summary judgment. It is hereby

ORDERED that any motion for summary judgment shall be due on September 22, 2023. Any opposition shall be due October 13, and any reply shall be due October 27. At the time the reply is filed, the moving party shall provide the Court with two (2) courtesy copies of all motion papers by mail or hand delivery to the United States Courthouse, 500 Pearl Street, New York, New York 10007.

Dated:    New York, New York
          July 19, 2023

                                    _____
                                              DENISE COTE
                                     United States District Judge

1