# W E I T Z
# &
# L U X E N B E R G
A PROFESSIONAL CORPORATION

• LAW OFFICES •

700 BROADWAY • NEW YORK, NY 10003-9536
TEL. 212-558-5500    FAX 212-344-5461
WWW.WEITZLUX.COM

PERRY WEITZ
ARTHUR M. LUXENBERG

BENNO ASHRAFI ‡
JAMES J. BILSBORROW ††
LISA NATHANSON BUSCH ††
CHARLES M. FERGUSON
ALANI GOLANSKI †
ROBIN L. GREENWALD §§
GARY R. KLEIN ††
JERRY KRISTAL ••§
ELLEN RELKIN ≈ ££ ʏ
MICHAEL P. ROBERTS
NICHOLAS WISE ⁰⁰
GLENN ZUCKERMAN

ANDREW L. BACKING ✱
RETT BERGMARK
DEVIN BOLTON ʃ
ERIN M. BOYLE ~~
AMBRE J. BRANDIS
JOHN M. BROADDUS ▲▲
PATTI BURSHTYN ††
BRANDI C. CHAPLIN ¶
COURTNEY CHLEBINA ~
NANCY M. CHRISTENSEN ††
BENJAMIN T. CLINTON
THOMAS COMERFORD †† §

VENUS BURNS ‡
TERESA A. CURTIN ¶¶
BENJAMIN DARCHE
JUSTINE K. DELANEY
ADAM S. DREKSLER
BRANDON DUPREE ɪ
F. ALEXANDER EIDEN ¶
TIFFANY R. ELLIS §§ ✱
MICHAEL FANELLI ††
LEONARD F. FELDMAN ¶
STUART R. FRIEDMAN ▴
MARY GRABISH GAFFNEY ¶
ERICARAE GARCIA ✱✱
ANDREW J. GAYOSO -
DIANA GJONAJ ✱
DANIELLE M. GOLD ††
LAWRENCE GOLDHIRSCH ▴ ●
BENJAMIN GOLDMAN ~~
NICHOLAS A. GONSALVES
ROBERT J. GORDON •††
LAURA GREEN ††
CODY M. GREENES ¶
MATTHEW A. GRUBMAN ₉
NICOLE A. HYATT
MARIE L. IANNIELLO † °
ERIK JACOBS
JEFFREY S. KANCA ✧✧

DAVID M. KAUFMAN ††
PAULINA R. KENNEDY ✱
CHANTAL KHALIL
ILYA KHARKOVER
JOSH KRISTAL ¶
JARED LACERTOSA
DEBBI LANDAU
DANIEL C. LIPNER
JOSEPH J. MANDIA ₉
COLIN MARKEL
JAMIE MATTERA
BRENDAN A. MCDONOUGH ††
JOSHUA E. MCMAHON
SARA MERRILL ▴
MICHELLE C. MURTHA ¶§
MELINDA DAVIS NOKES ɪɪ
PAUL F. NOVAK ✱
NICHOLAS OLIVA
JOSIAH W. PARKER ɪ
MICHAEL E. PEDERSON
BRANDON H. PERLMAN
JAMES A. PLASTIRAS ††
ADAM C. RAFFO
PIERRE RATZKI
BRITTANY A. RUSSELL ··
CHRIS ROMANELLI ††

KYLE A. SCHIEDO ʏ
JARED SCOTTO
BHARATI O. SHARMA ¶
CALLIE M. SHARP §§
ALEXANDRA SHEF ɪ
EDUARDO R. SOTOMAYOR ††
SAMANTHA E. STAHL
GREGORY STAMATOPOULOS ✱
TYLER R. STOCK ɪ
PETER TAMBINI ††
JAMES S. THOMPSON ††
BENJAMIN VANSLYKE ✱
CASEY THAL VERVILLE ✧
JASON M. WEINER ××
JASON P. WEINSTEIN
LAUREN A. WEITZ
JUSTIN J. WEITZ
MARK WEITZ
WAYNE A. WILLIAMS ✱

' Of Counsel
ɪ  Admitted only in CA
§§ Admitted only in IL
✧ Admitted only in LA
▴ Admitted only in MA
✱ Admitted only in MI
✱✱ Admitted only in OH
— Admitted only in PA
▴▴ Also admitted in CA
⁰⁰ Also admitted in CO
† Also admitted in CT
§ Also admitted in DC
• Also admitted in FL
✧✧ Also admitted in MA
†† Also admitted in NJ
ʏ Also admitted in PA
~ Also admitted in WI
ɪɪ Admitted only in CA & UT
⁂ Admitted only in CA, PA & WI
¶ Admitted only in NJ & PA
⁕ Admitted only in NJ,PA & WV
○ Admitted only in OR & MI
×× Also admitted in DC & MD
++ Also admitted in MD & NJ
† Also admitted in NJ & CT
≈ Also admitted in NJ & DC
¶¶ Also admitted in NJ & ME
▪ Also admitted in NJ & MI
·· Also admitted in NJ & PA
✱✱ Also Admitted in NJ & WV
▴ Also admitted in CT, FL & NJ
ʏʏ Also admitted in DC, IL, MO, NJ & PA
▲▲ Also admitted in DC,MD,NJ,PA & VA
££ Certified Atty. NJ Supreme Court

August 2, 2023

By ECF
The Honorable Denise Cote
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

*Denied.*
*Denise Cote*
*8/3/23*

Re: Leonel Pena v. Cajun Express Inc. and Vista Yacht Cruises, Inc.
Docket No: 22-cv-1125-DLC

Dear Judge Cote:

We represent the plaintiff in this case.

This letter motion is being filed regarding Plaintiff's Notice for Depositions of defendant's employees' Fernando Hernandez for August 7, 2023 at 11:00 a.m. and Eva Lee at 2:00 p.m. Defendant is objecting to producing the witnesses because the cutoff date for factual discovery is August 4. The Notices were served July 27, 2023.

These are witnesses to the incident and, after taking the depositions of Captain Monge (July 25, 2023) and Mr. Victor Becker, (July 27, 2023) we determined that these witnesses should be deposed.

220 LAKE DRIVE EAST, SUITE 210 • CHERRY HILL, NJ 08002 • TEL 856-755-1115
1880 CENTURY PARK EAST, SUITE 700 • LOS ANGELES, CA 90067 • TEL 310-247-0921
3011 WEST GRAND BLVD., 24ᵀᴴ FLOOR • DETROIT, MI 48202 • TEL 313-800-4170


2179-123

We are asking the Court to enter an Order permitting plaintiff to hold these short depositions on the date noticed or any date convenient to defendant. We have met and conferred in good faith with defendant's counsel and could not resolve the dispute.

These depositions will not affect any other scheduled dates.

Thank you for your consideration in this matter.

Respectfully,

*Lawrence Goldhirsch*

Lawrence Goldhirsch