```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
LEONEL B. PENA,                          :    22cv1125 (DLC)
                                         :
                          Plaintiff,     :       ORDER
              -v-                        :
                                         :
CAJUN EXPRESS INC. and VISTA YACHT       :
CRUISES INC.,                            :
                                         :
                          Defendants.    :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

As set forth at the telephonic conference held on August 17, 2023, the following shall govern the further conduct of proceedings in this case:

1. The expert report of Captain Keijer is stricken and Captain Keijer is precluded as a witness.

2. The parties shall file a letter regarding the status of a settlement conference by **September 1, 2023.**

SO ORDERED.

Dated:   New York, New York
         August 17, 2023

                                    _____
                                           DENISE COTE
                                    United States District Judge