```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
LEONEL B. PENA,                          :      22cv1125 (DLC)
                                         :
                    Plaintiff,           :      ORDER
            -v-                          :
                                         :
VISTA YACHT CRUISES INC.,                :
                                         :
                    Defendants.          :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

   Having received defendant Vista Yacht Cruises Inc.'s letter dated August 28, 2023, it is hereby

   ORDERED that in the event a motion for summary judgment is filed on September 22, 2023, no Joint Pretrial Order need be filed on that date.

Dated:    New York, New York
          August 29, 2023

                                    _____
                                         DENISE COTE
                                    United States District Judge