UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
                                       :
LEONEL B. PENA,                        :          22cv1125 (DLC)
                                       :
                        Plaintiff,     :             ORDER
            -v-                        :
                                       :
VISTA YACHT CRUISES INC.,              :
                                       :
                        Defendant.     :
                                       :
-------------------------------------- X

DENISE COTE, District Judge:

        Pursuant to this Court's January 30, 2023 Pretrial

Scheduling Order, the deadline for either party to give notice

of their intent to file a motion for summary judgment was July

14.  Having received plaintiff's August 28 letter indicating

that he is "considering filing a motion for partial summary

judgment by September 22, 2023", it is hereby

        ORDERED that the plaintiff's request to file a motion for

summary judgment is denied.


Dated:    New York, New York
          August 29, 2023

                            _____
                                    DENISE COTE
                            United States District Judge