```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
LEONEL B. PENA,                          :    22cv1125 (DLC)
                                         :
                         Plaintiff,      :    ORDER
         -v-                             :
                                         :
VISTA YACHT CRUISES INC.,                :
                                         :
                         Defendant.      :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On December 8, 2023, the defendant filed a motion for reconsideration of an Opinion dated November 27, 2023. It is hereby

ORDERED that the plaintiff shall file his opposition to the motion by December 22, 2023. Defendant's reply, if any, must be filed by January 5, 2024. At the time any reply is served, the moving party shall supply two courtesy copies of all motion papers to Chambers by mail or delivery to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:   New York, New York
         December 8, 2023

                              _____
                                       DENISE COTE
                              United States District Judge