UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
LEONEL B. PENA,

                **Plaintiff,**

   - against-

VISTA YACHT CRUISES, INC.

                **Defendants.**
-------------------------------------------------------X

Civil Case No.: 22-cv-1125-DLC

STIPULATION OF DISMISSAL

    IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the respective parties herein, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is dismissed pursuant to Fed. R. Civ. Proc.41(a)(1)(A)(ii) with prejudice and without costs to either party as against the other.

    IT IS HEREBY FURTHER STIPULATED AND AGREED, that this stipulation may be executed in one or more counterparts each of which should constitute an original all of which shall constitute the same instrument and may be filed with the Clerk of the Court without further notice.

Dated: New York, New York
       January 11, 2024

WEITZ & LUXENBERG, P.C.

By: _____
LAWRENCE GOLDHIRSCH
Attorneys for Plaintiff
700 Broadway
New York, New York 10003
(212) 558-5500

HILL RIVKINS LLP

By: _____
CHARLES HENDERSON
Attorneys for Defendant
VISTA YACHT CRUISES, INC.
45 Broadway, Suite 2110
New York, NY 10006
(212) 669-0600

So ordered.

*[signature]*
1/16/24